Leo J. Doyle, Jr., Appellant, v. Roy T. Omundson, John H. Bell, Marmon-Herrington Company, Inc., an Indiana Corporation, and Cardox Corporation, an Illinois Corporation, Appellees.

Gen. No. 48,118.

First District, First Division.

January 23, 1961.

Askow, Stevens & Hardy, of Chicago, for appellant; Dallstream, Schiff, Hardin, Waite & Dorschel, of Chicago (George B. Pletsch, James R. Mitchell, of counsel) for defendants-appellees, John H. Bell and Roy T. Omundson; Isham, Lincoln & Beale, of Chicago (Charles A. Bane and Richard D. Cudahy, of counsel) for defendants-appellees, Marmon-Herrington Co., Inc., an Indiana Corporation, and Cardox Corporation, an Illinois Corporation. Opinion by JUSTICE MURPHY. Not to be published in full.